19429. MARYLAND *v.* THE STATE.

BROYLES, C. J. 1. The admission of evidence as complained of in the motion for a new trial was not error for any reason assigned.
2. The evidence authorized the charge upon the subject of recent possession of stolen property, and the charge upon the law of confessions.
3. The verdict was supported by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MARCH 6, 1929.

*Hugh E. Combs,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.